## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ANGELA JOYCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 20-2568-HLT-ADM** |
| | ) | |
| **UNIFIED GOVERNMENT OF** | ) | |
| **WYANDOTTE COUNTY - KANSAS** | ) | |
| **CITY, KANSAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

On April 18, 2022, the court convened a final pretrial conference in this case.   The parties appeared through counsel.   As discussed in further detail on the record, the parties must submit their revisions and any comments to the draft pretrial order by **April 27, 2022**.   Revisions must be made in redline and submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*.   The court will reconvene the final pretrial conference on **May 4, 2022, at 2:30 p.m.** by telephone.   If the court believes that reconvening the pretrial conference is unnecessary after reviewing the parties' proposed revisions, the court will cancel the hearing.

The court also vacated the current dispositive-motion deadline.   The court will re-set the deadline in the final pretrial order.

**IT IS SO ORDERED.**

Dated April 19, 2022, at Kansas City, Kansas.

<u>s/ Angel D. Mitchell</u>
Angel D. Mitchell
U.S. Magistrate Judge